# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## South Bend Division

In Re: Debtor(s) (name(s) and address)  )
Danny Joseph Bennett Jr.  )
xxx−xx−3764  )
125 Strathmoor Ave  ) Case Number: 25−31285−pes
Mishawaka, IN 46544  )
)
)
)
)
) Chapter: 13
)
)
)
)
)

# ORDER FIXING TIME TO OBJECT TO CONFIRMATION
# OF CHAPTER 13 PLAN AND NOTICE OF HEARING

The debtor(s) filed a Chapter 13 plan on August 19, 2025 .

IT IS ORDERED AND NOTICE IS GIVEN THAT:

    1.    **Any objections to confirmation of the proposed plan must be filed no later than fourteen (14) days prior to the confirmation hearing scheduled below.** Objections should be filed with the Clerk of the United States Bankruptcy Court, 401 South Michigan Street, South Bend, Indiana 46601

    2.    **The court will hold a hearing on November 6, 2025 at 10:00 AM** , or as soon thereafter as the matter can be heard, in the Robert K. Rodibaugh United States Bankruptcy Courthouse, 401 South Michigan Street, South Bend, Indiana 46601, **to consider confirmation of the proposed plan and any objections thereto.** This hearing has been scheduled on the court's miscellaneous calendar and the court will not be prepared to receive evidence concerning any factual disputes. Counsel for the debtor(s) or debtor(s) if self−represented and any objectors will, nonetheless, be expected to appear. (If the plan has not been objected to, amended or modified in some way, only the Trustee needs to appear for this hearing.) Any objections to confirmation that cannot be disposed of at the hearing based upon the undisputed facts will be scheduled for such further proceedings as may be appropriate.

    3.    No later than twenty−one (21) days before the last day for filing objections to confirmation, the Chapter 13 Trustee shall serve a copy of this order, along with a copy of the original plan, upon all creditors and parties in interest and make due proof thereof.  If any creditor or party in interest is entitled to service of the plan in the manner provided by Rule 7004, see e.g., Fed. R. Bankr. P. Rules 3012(b); 4003(d); 7004, it shall be the debtor(s)' responsibility to serve the plan in the required manner and make due proof thereof.

4. In order to avoid delaying confirmation, any modifications or amendments to plan should be promptly filed and served. ***The moving party shall be responsible for serving any modifications or amendments, as well as the court's order and notice on confirmation hearing.*** Modifications and amendments which are filed and served upon all creditors and parties in interest ***at least 21 days prior to the last day for filing objections to confirmation*** will become part of the proposed plan and will be considered at the scheduled confirmation hearing without further notice.

5. If confirmation is denied because of the debtor(s)' failure to fulfill duties imposed by the Bankruptcy Code and rules of procedure, such as the duty to provide the trustee with required information or documentation or to commence making the required plan payments, the court may dismiss the case without further notice or hearing.

Dated: August 20, 2025

 

Paul E. Singleton
_____
Judge, United States Bankruptcy Court